**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BRENDAN NASBY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:22-CV-00146-MMD-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On September 5, 2023, Defendants filed a motion for summary judgment. (ECF No. 26.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 27). Originally, Plaintiff's response to Defendants' motion for summary judgment was due on September 26, 2023. However, the Court granted Plaintiff's motion for extension of time to file the opposition for an additional thirty days, moving the deadline to October 26, 2023. (ECF No. 30.) To date, Plaintiff has failed to file an opposition.

The Court will *sua sponte* grant Plaintiff **one final** extension of time to **Monday, November 13, 2023,** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

**DATED**:   October 30, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**